| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FINAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Federman, Arthur B. | 2. Court or Organization<br><br>U.S. Bankruptcy Court | 3. Date of Report<br><br>09/26/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial    ☐ Annual    ☑ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>08/30/2017 |

| 7. Chambers or Office Address<br><br>Charles Evans Whittaker Cthse.<br>400 East 9th St., Suite 6552<br>Kansas City, Mo. 64106 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee, with no significant management duties - all assets are listed @VII | "1990 Life Insurance Trust - 12-11-90".The beneficiaries are the reporting person & relatives, Assets are disclosed in Part VII as Trust 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 09/26/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 09/26/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Commerce Bank NA, Lenexa Ks.- MMrkt - no add delete detail needed | B | Interest | N | T | | | | | |
| 2. Commerce Bank NA, Lenexa Ks - CKG - no add or delete detail needed | A | Interest | J | T | | | | | |
| 3. Commerce Bank NA, Lenexa Ks - MMRKT - no add delete detail needed | B | Interest | M | T | | | | | |
| 4. Vanguard Fed MMT Fund | A | Int./Div. | J | T | | | | | |
| 5. Vanguard - 500 Index Fund Admiral Shares - Total Bal for this Fund | B | Int./Div. | O | T | | | | | |
| 6. Vanguard-Total Intern. Stock IX Adm - Bal for this Fd-end of yr | B | Int./Div. | O | T | | | | | |
| 7. Vanguard - Total Stock Market Index Fund Admiral Shrs-Total Bal of Fd | B | Dividend | O | T | | | | | |
| 8. Northwestern Mutual Life Ins Policy - This is a "Whole Life Policy" | B | Interest | N | T | Buy (add'l) | 04/28/17 | L | | Paid Premium |
| 9. Federman Family L.P. - Limited Partnership Interest | E | Interest | P1 | W | | | | | |
| 10. Commerce Bank N.A. , Kansas City, Mo. - Ckg Acct. - closed 5-3-17 | | None | | | Closed | 05/03/17 | J | | Acct Closed 5-3-17 |
| 11. State Bank of India CD - matures 10/17/17 | A | Interest | L | T | | | | | |
| 12. First Foundation Bank - CD - matures 06/15/17 | A | Interest | | | Matured | 06/15/17 | M | | no gain or loss |
| 13. Manhattan, KS GO Bd - matures 6/15/20 | A | Interest | M | T | | | | | |
| 14. Merrick Bank - CD - matures 06/08/18 | A | Interest | L | T | Buy | 06/09/17 | L | | |
| 15. Bank of India NY - CD - matures 03/14/18 | A | Interest | M | T | Buy | 06/15/17 | M | | |
| 16. State Bank of India - CD - matures 06/15/18 | A | Interest | M | T | Buy | 06/16/17 | M | | |
| 17. Ally Bank - CD- matures 08/05/19 | A | Interest | M | T | Buy | 08/03/17 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 09/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity - Fidelity 500 Index Premium Class- Total FD Bal | B | Int./Div. | M | T | | | | | |
| 19. - Fidelity 500 Index Premium Class addition | | | | | Buy | 05/23/17 | L | | |
| 20. - Fidelity 500 Index Premium Class addition | | | | | Buy | 07/03/17 | J | | |
| 21. - Fidelity 500 Index Premium Class addition | | | | | Buy | 08/01/17 | J | | |
| 22. - Fidelity 500 Index Premium Class - addition | | | | | Buy | 08/01/17 | L | | |
| 23. Fidelity - Fidelity Total Mrkt Index Premium Class Total | B | Int./Div. | M | T | | | | | |
| 24. - Fidelity Total Mrkt Index Premium Class - addition | | | | | Buy | 05/23/17 | L | | |
| 25. - Fidelity Total Mrkt Index Premium Class - addition | | | | | Buy | 07/03/17 | J | | |
| 26. - Fidelity Total Mrkt Index Premium Class - addition | | | | | Buy | 08/01/17 | J | | |
| 27. - Fidelity Total Mrkt Index Premium Class - addition | | | | | Buy | 08/01/17 | L | | |
| 28. Fidelity - Fidelity Total INTL Index FD Prem Class Total | C | Int./Div. | N | T | | | | | |
| 29. - Fidelity Total INTL Index FD Prem Class - addition | | | | | Buy | 05/23/17 | L | | |
| 30. - Fidelity Total INTL Index FD Prem Class - addition | | | | | Buy | 06/12/17 | M | | |
| 31. - Fidelity Total INTL Index FD Prem Class - addition | | | | | Buy | 06/12/17 | L | | |
| 32. - Fidelity Total INTL Index FD Prem Class - addition | | | | | Buy | 07/03/17 | J | | |
| 33. - Fidelity Total INTL Index FD Prem Class - addition | | | | | Buy | 08/01/17 | J | | |
| 34. IRA Accts. -Total Assets in Accounts - Total Bal & Detail Follows - | | | | | | | | | Header Line for IRA |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 09/26/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - IRA Acct - Vangaurd acct - Prime MMKT FD - no add delete detail | A | Dividend | J | T | | | | | |
| 36. - IRA Acct - Fidelity Select Health Care | A | Dividend | L | T | | | | | |
| 37. - IRA Acct - T.Rowe Price New ERA | A | Dividend | K | T | | | | | |
| 38. - IRA - Spouse - Capital Federal Savings - CD | A | Interest | K | T | | | | | |
| 39. Trust # 1 - Total Assets of Trust -Total Bal & Asset Detail Follows | | | | | | | | | Header Line for Trust # 1 |
| 40. - Trust # 1 - Guardian Life Ins . - Cash Value | A | Int./Div. | N | T | | | | | |
| 41. - Trust # 1 - Northwestern Mutual Life - Cash Value | D | Dividend | O | T | | | | | |
| 42. - Trust # 1 - Met Life Ins INC- Stock | A | Dividend | J | T | | | | | |
| 43. - Trust # 1 - Commerce Bank N.A., Ckg acct. | A | Interest | L | T | | | | | |
| 44. - Trust # 1 - Discover Bank 12-21-17 | A | Interest | K | T | | | | | |
| 45. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 09/26/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The assets and value amount references shown in Part VII which are identified as Trust # 1 are for the full value of the assets held in Trust even though I am only entitled to a 1/3 beneficial interest in the Trust. I am the trustee of the Trust.

Asset # 9 is a limited partnership interest - I have received periodic gifts over the years from my parents of additonal limited ownbership interests in this limited partnership. My ownership interest is 33% as of 8-30-17. The partnership's investments are almost exclusively in State Tax Exempt Bonds, Federal Bonds & Bills or Agency securities and Certificates of Deposit. I have no management responsibilitites for the activities of this partnership. I receive periodic distributions from this partnership.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Arthur B. Federman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544